UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JAKE PRISCAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:22-cv-00165 -CCB-SJF |
| | ) | |
| WILLIAM HYATTE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Stipulation to Dismiss Case with Prejudice**

The parties, by their counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of this case with prejudice, with each party to pay its costs and attorneys' fees.

WHEREFORE, the parties stipulate to the dismissal of this case, with prejudice, with each party to pay its own costs and attorneys' fees.

| | |
|---|---|
| Kenneth J. Falk | /s/ *Abigail Davis* |
| Stevie J. Pactor | (w/ permission) |
| ACLU of Indiana | Abigail Davis |
| 1031 E. Washington St. | Deputy Attorney General |
| Indianapolis, IN 46202 | IGCS-5th Floor |
| 317/635-4059 | 302 W. Washington St. |
| fax: 317/635-4105 | Indianapolis, IN 46204 |
| kfalk@aclu-in.org | 463/261-7377 |
| spactor@aclu-in.org | fax: 317/232-7979 |
| | Abigail.Davis@atg.in.gov |
| | |
| Attorneys for Plaintiff | Attorney for Defendants |